AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HUCK, PAUL C. | 2. Court or Organization<br><br>SD - FL | 3. Date of Report<br><br>5/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>90 N.E. FOURTH STREET<br>SUITE 1067<br>MIAMI, FLORIDA 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____    Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 21 A 11: 40 FINANCIAL DISCLOSURE OFFICE

Huck, Paul C.

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | UNIVERSITY OF MIAMI | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | SELF EMPLOYED - SMALL BUSINESS OWNER |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | THE FLORIDA BAR | 06/15/2009 | ORLANDO, FL | PART. IN ROUND TABLEPANEL | TRAVEL AND LODGING EXPENSES |
| 2. | NAC | 06/20/2009 | COLUMBIA, SC | TEACHING | TRAVEL EXPENSES |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. GIBRALTAR BANK FSB - CHECKING | A | Interest | J | T | | | | | |
| 2. GIBRALTAR BANK, FSB - MONEY MARKET | A | Interest | L | T | | | | | |
| 3. FRANKLIN STREET PROPERTIES (F/K/A FSP COLLINS CROSSING | C | Dividend | J | T | | | | | |
| 4. OMAN TRUSTEE - SW 214 ST, FORMERLY HERRERA | | None | L | T | | | | | |
| 5. OMAN TRUSTEE - NW 19/20 ST LLC | | None | M | T | | | | | |
| 6. OMAN TRUSTEE - SW 288 ST LLC | | None | K | T | | | | | |
| 7. OMAN TRUSTEE - WALDEN (5) | | None | J | T | | | | | |
| 8. OMAN TRUSTEE - MORTGAGE TR 1 | | None | L | T | | | | | |
| 9. OMAN TRUSTEE - MORTGAGE TR 2 | | None | N | T | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. ***MORGAN KEEGAN --- PCH | | | | | | | | | |
| 14. MONEY MKT - DREYFUS FD | A | Dividend | J | T | | | | | |
| 15. FL HURRICANE CAT FD FIN CORP | C | Interest | M | T | | | | | |
| 16. FL STATE BRD ED SER A | D | Interest | M | T | | | | | |
| 17. FL STATE GOVT UTIL | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller<br>(if private transaction) |
| 18. GWINNETT CNTY GA SCH DIST | C | Interest | M | T | | | | | |
| 19. JACKSONVILLE FL EXCISE TAXES SER A | C | Interest | M | T | | | | | |
| 20. MIAMI DADE CNTY HLTH FACS | B | Interest | L | T | | | | | |
| 21. VOLUSIA CNTY FL PUB IMP | C | Interest | M | T | | | | | |
| 22. FPA NEW INCOME INC | C | Dividend | L | T | Buy | 02/23/09 | L | | |
| 23. ISHARES TR ETF | B | Interest | K | T | Buy | 09/28/09 | K | | |
| 24. JOHNSON CITY TENN | A | Interest | L | T | Buy | 07/02/09 | L | | |
| 25. PIMCO TOTAL RET CLASS C | C | Interest | L | T | Buy | 02/23/09 | L | | |
| 26. STATE OF MISS OBLIGATIONS | B | Interest | L | T | Buy | 04/03/09 | L | | |
| 27. ISHARES TR RUSSELL 1000 VALUE INDEX | A | Dividend | | | Sold | 09/23/09 | L | | |
| 28. ISHARES TR RUSSELL 1000 GROWTH INDEX | A | Dividend | | | Sold | 05/29/09 | K | | |
| 29. FL STATE DEPT ENVIRON | B | Interest | | | Redeemed | 07/01/09 | L | | |
| 30. WEST VA ST HOSP | A | Interest | | | Redeemed | 02/17/09 | K | | |
| 31. | | | | | | | | | |
| 32. *** MORGAN KEEGAN --- DHH | | | | | | | | | |
| 33. MONEY MARKET - DREYFUS FUND | A | Dividend | J | T | | | | | |
| 34. MONEY MARKET - DREYFUS FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L=$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PIMCO TOTAL RETURN | C | Dividend | M | T | | | | | |
| 36. BANK OF AMERICA | A | Interest | L | T | Buy | 07/09/09 | K | | |
| 37. AFLAC CORP | A | Dividend | K | T | Buy | 09/03/09 | K | | |
| 38. AES CORP | | None | K | T | Buy | 10/14/09 | K | | |
| 39. ALLERGAN INC | | None | K | T | Buy | 12/15/09 | K | | |
| 40. CHURCH & DWIGHT | A | Dividend | K | T | Buy | 12/24/09 | K | | |
| 41. CITIGROUP INC | | None | J | T | Buy | 08/24/09 | J | | |
| 42. DUKE ENERGY HOLDING | A | Dividend | J | T | | | | | |
| 43. EXPRESS SCRIPTS INC | | None | K | T | Buy | 07/16/09 | K | | |
| 44. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 45. FPL GROUP | B | Dividend | L | T | | | | | |
| 46. FEDEX | | None | K | T | Buy | 12/08/09 | K | | |
| 47. FORD MOTOR CO | | None | J | T | Buy | 08/24/09 | J | | |
| 48. IBM | B | Dividend | L | T | Buy | 03/17/09 | K | | |
| 49. IBM | | None | | | Sold (part) | 11/06/09 | K | A | |
| 50. JP MORGAN CHASE | A | Dividend | K | T | | | | | |
| 51. JP MORGAN CHASE | | None | | | Sold (part) | 11/06/09 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

D.

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. AMERICAN TOWER SYSTEMS | | None | | | Sold | 02/18/09 | J | D | |
| 70. CHURCH & DWIGHT CO | | None | | | Sold | 03/05/09 | K | B | |
| 71. DAVITA INC | | None | | | Sold | 02/05/09 | K | | |
| 72. GENERAL DYNAMICS | A | Dividend | | | Sold | 02/18/09 | K | | |
| 73. HERLEY INC | | None | | | Sold | 07/29/09 | K | | |
| 74. VERIZON COMM | A | Dividend | | | Sold | 05/27/09 | K | | |
| 75. VESTAS WIND | | None | | | Sold | 03/04/09 | J | | |
| 76. WILLIAMS COS | | None | | | Sold | 02/27/09 | J | B | |
| 77. | | | | | | | | | |
| 78. *** MORGAN KEEGAN (IRA) PCH | | | | | | | | | |
| 79. MONEY MKT FD - DREYFUS | A | Interest | K | T | | | | | |
| 80. ISHARES TR IBOXX | E | Interest | M | T | Buy | 06/18/09 | M | | |
| 81. PIMCO TOT RET FD A | A | Dividend | M | T | Buy | 05/29/09 | K | | |
| 82. MORGAN STANLEY DW | D | Interest | M | T | | | | | |
| 83. JP MORGAN CHASE | C | Interest | L | T | | | | | |
| 84. GOLDMAN SACHS GROUP | C | Interest | L | T | | | | | |
| 85. AT&T INC | C | Interest | L | T | Buy | 04/08/09 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  ASTRA ZENECA PLC | C | Interest | L | T | | | | | |
| 87.  ISHARES RUS MCAP INDEX VAL | B | Dividend | K | T | Sold (part) | 05/29/09 | J | B | |
| 88.  ISHARES TR RUS 1000 GRWTH INDEX | A | Dividend | K | T | | | | | |
| 89.  SPDR S&P DEP RCPT TRADES/QUOTES | C | Dividend | L | T | | | | | |
| 90.  FPA NEW INCOME INC | D | Dividend | M | T | Buy | 02/06/09 | M | | |
| 91.  ISHARES RUS MCAP INDEX | | None | | | Sold | 05/29/09 | K | D | |
| 92.  ISHARES TR RUS 1000 VAL INDEX | | None | | | Sold | 12/29/09 | L | | |
| 93.  ISHARES TR RUS 1000 GRWTH INDEX | | None | | | Sold | 05/29/09 | K | C | |
| 94.  ISHARES TR RUS 2000 VAL INDEX | | None | | | Sold | 09/28/09 | L | D | |
| 95.  ISHARES RUS 2000 GRWTH INDEX | | None | | | Sold | 05/29/09 | K | D | |
| 96.  FANNIE MAE NOTES FIXED ESTATE | | None | | | Redeemed | 04/06/09 | L | | |
| 97.  COCA COLA ENTR | | None | | | Redeemed | 03/31/09 | K | | |
| 98.  ISHARES BARCLAYS | | None | | | Buy | 04/16/09 | K | | |
| 99.  ISHARES BARCLAYS | | None | | | Sold | 05/12/09 | K | | |
| 100. | | | | | | | | | |
| 101. *** LIMITED PARTNERSHIPS | | | | | | | | | |
| 102. ALTAMONTE INV LLC | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. ENCLAVE AT RPB LTD | B | Interest | J | T | | | | | |
| 104. EZGREEN ASSOC LLC | | None | J | T | | | | | |
| 105. HOMESTEAD 5 LLC - MULTIPLE RENTAL PROP | A | Interest | L | T | | | | | |
| 106. HTG CRYSTAL COVE LLC | A | Interest | M | T | | | | | |
| 107. LAKEHOUSE I LTD - MULTIPLE RENTAL PROP | D | Interest | K | T | | | | | |
| 108. PRESERVE AT SAN LUIS LLC | | None | J | T | | | | | |
| 109. RASCON ASSOC LTD | A | Interest | M | T | | | | | |
| 110. SW 214 LLC | | None | M | T | | | | | |
| 111. 22 LANTERN LLC CLASS B | | None | K | T | | | | | |
| 112. 22 LANTERN LLC CLASS C | | None | K | T | | | | | |
| 113. 22 LANTERN LLC CLASS D | | None | K | T | | | | | |
| 114. ALTAMONTE INV II, LLC | | None | K | T | Buy | 06/15/09 | K | | |
| 115. NW 6, LLC | B | Interest | M | T | Buy | 06/15/09 | M | | |
| 116. TR-1, LLC | | None | L | T | Buy | 06/15/09 | L | | |
| 117. TR-2, LLC | | None | M | T | Buy | 06/15/09 | M | | |
| 118. MORTGAGE TR-1 LLC | | None | | | Sold | 06/15/09 | L | | |
| 119. MORTGAGE TR-2 LLC | | None | | | Sold | 06/15/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  NW 8 LLC | | None | | | Sold | 06/15/09 | M | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HUCK, PAUL C. | 5/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544